```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Christian Cardenas,

                     Defendant.

17-CR-339 (AJN)

20-CV-4509 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The parties are ordered to submit by April 18, 2022, a joint letter indicating whether any additional action is required of the Court or whether case number 20-cv-4509, and docket number 300 in 17-cr-339, may be closed. If no letter is filed, the Court will deem the case closed.

    The Clerk's office is respectfully directed to mail a copy of this order to the last address listed for Mr. Cardenas on the docket:

    Christian Cardenas
    Reg. No. 79231-054
    FMC Devens
    P.O. Box 879
    Ayer, MA 01432

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                               ALISON J. NATHAN
                                               United States Circuit Judge
                                               Sitting by designation